ORAN HARRIS V. THE STATE.

No. 19743. Delivered April 13, 1938.

The opinion states the case.

*A. H. Spann,* of Navasota, and *W. M. Stamford,* of Anderson, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

CHRISTIAN, JUDGE.—Conviction is for a misdemeanor, punishment being assessed at a fine of $100.00.

No judgment of conviction appears in the record. Under the circumstances this Court is without jurisdiction.

The appeal is dismissed.

. The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.